# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60635

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2016

Lyle W. Cayce
Clerk

CHAKAKHAN R. DAVIS,

Plaintiff - Appellant

v.

CITY OF VICKSBURG, MISSISSIPPI; WARREN COUNTY, MISSISSIPPI; WARREN COUNTY CIRCUIT COURT, MISSISSIPPI; ISSADORE W. PATRICK, JR., Individually,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:13-CV-886

Before KING, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the appellant's brief, we find no reversible error.  AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.